IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00112-GPG

FREDDIE NEWMAN,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff Freddie Newman currently is detained at the Arapahoe County Detention Facility in Centennial, Colorado.  Plaintiff initiated this action by filing *pro se* a Letter, ECF No. 1, stating that he intends to file an action concerning the conditions of his confinement.  In an order entered on January 16, 2015, Magistrate Judge Gordon P. Gallagher told Plaintiff that if he intends to pursue an action he must cure certain deficiencies.  Specifically, Magistrate Judge Gallagher directed Plaintiff to file his claims on a Court-approved form used in filing a prisoner complaint and either to submit a request to proceed pursuant to 28 U.S.C. § 1915 or pay the $400 filing fee.  Magistrate Judge Gallagher warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Plaintiff now has failed to communicate with the Court, and as a result, he has failed to cure the deficiencies within the time allowed.  The Court, therefore, will dismiss the action.

    The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the January 16, 2015 Order, within the time allowed, and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  26th  day of   February  , 2015.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court